**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| PROFESSOR BRIAN BILES<br>The George Washington University<br>School of Public Health & Health Services<br>Department of Health Policy<br>2021 K Street, NW, Suite 800<br>Washington, D.C. 20006<br><br>      Plaintiff,<br><br>v.<br><br>CENTERS FOR MEDICARE AND<br>MEDICAID SERVICES<br>United States Department<br>of Health & Human Services<br>200 Independence Ave., SW<br>Washington, D.C. 20201<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civ. No.<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**COMPLAINT**

**INTRODUCTION**

  1. Professor Brian Biles brings this action for injunctive relief against the Defendant due to its failure to disclose records in response to his Freedom of Information Act ("FOIA") request for information related to payments to Medicare Advantage ("MA") and MA Prescription Drug plans for 2006, 2007 and 2008 at the county level. Professor Biles requested this information in order to analyze the data as it relates to current health care policy and to inform the public regarding the efficiency and effectiveness of the $300 billion per year Medicare program that serves forty-three million older and disabled Americans.

## JURISDICTION AND VENUE

2. This action is brought under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, *et seq.* This Court has jurisdiction under 5 U.S.C. § 552(a)(4)(B) (2008) and 28 U.S.C. § 1331. Venue is proper under 28 U.S.C. § 1391(b).

## PARTIES

### Plaintiff

3. Professor Brian Biles, MD, MPH is a professor at The George Washington University School of Public Health and Health Services. He has served as the staff director of the House Ways and Means Subcommittee on Health and as Deputy Assistant Secretary for Health at the Department of Health and Human Services.

### Defendant

4. The Centers for Medicare and Medicaid Services ("CMS") is a federal agency within the U.S. Department of Health & Human Services. CMS administers the MA program.

## STATUTORY BACKGROUND

5. The FOIA encourages an informed citizenry by giving the American public access to the Federal Government's records.

6. Once a FOIA request for records has been made, the agency receiving the request has twenty (20) days in which to determine whether to comply with the request. 5 U.S.C. § 552(a)(6)(A)(i) (2008). If the agency decides not to disclose some or all documents responsive to the request, it must then immediately notify the requestor of records of the reasons for the denial and of the right of the requestor to appeal any adverse determination. Id.

7. If the agency fails to comply with the time limits enumerated in 5 U.S.C. § 552(a)(6)(A)(i) (2008), the requestor of records is deemed to have exhausted his administrative remedies. 5 U.S.C. § 552(a)(6)(C)(i) (2008).

8. Duplication fees under the FOIA are waived "if disclosure of the information is in the public interest because it is likely to contribute significantly to public understanding of the operations or activities of the government and is not primarily in the commercial interest of the requester." 5 U.S.C. § 552(a)(4)(A)(iii) (2008).

**FACTS**

9. Professor Biles studies the MA program in his capacity as a professor at The George Washington University School of Public Health and Health Services. He has conducted important research on the MA program for the last six years in order to inform the public of the efficiency of the MA program.

10. Professor Biles filed a FOIA request with CMS on September 19, 2006 seeking county-level MA plan enrollment and payment data for 2006. By informal letter, which did not cite or refer to the FOIA, CMS stated that it had just publicly released the plan enrollment data, but stated that it does not release the payment data. The reasons given were "the proprietary nature of the information" and "privacy protections provided by the Health Insurance Portability and Accountability Act (HIPAA)."

11. On January 19, 2007, Professor Biles sought a formal response by filing a second FOIA request for the 2006 data with CMS. His second request also sought documents regarding the release or non-release of any data on payments to MA plans. CMS has not responded to Professor Biles' January 19, 2007 FOIA request.

12. In a further effort to obtain a formal response from CMS, Professor Biles filed a FOIA appeal to CMS in May, 2007. In the appeal, he argued that the information requested is not protected as proprietary in nature pursuant to FOIA Exemption 4 and that HIPAA privacy protections do not apply to the requested information. He also included in the appeal a request for MA plan enrollment and payment data for 2007. CMS acknowledged receipt of the appeal on June 6, 2007. CMS has not otherwise responded to the appeal.

13. On January 9, 2008, Professor Biles filed another FOIA request with CMS for the 2006, 2007, and 2008 county-level MA plan payment data and communications regarding the release of information relating to MA payments.

14. The payment information that Professor Biles is seeking exists and has been released to the Medicare Payment Advisory Commission ("MedPac") and the Congressional Budget Office. *See, e.g.,* Medicare Payment Advisory Commission, Report to the Congress: Medicare Payment Policy, at 246 (March 2008); Cong. Budget Office, Economic and Budget Issue Brief, Medicare Advantage: Private Health Plans in Medicare, at 5 (June 2007).

15. CMS has not responded to Professor Biles' January 9, 2008 FOIA request. Professor Biles has therefore exhausted his administrative remedies. 5 U.S.C. § 552(a)(6)(C)(i) (2008).

## CLAIM

16. Plaintiff realleges and incorporates by reference the allegations set forth in paragraphs 1-15 in the complaint as if fully set forth herein.

17. Defendant has violated the FOIA by failing to disclose records responsive to Plaintiff's January 9, 2008 request to which he is statutorily entitled. The requested data is not covered by any applicable FOIA exemption. 5 U.S.C. § 552(b)(1) (2008).

**RELIEF**

WHEREFORE, Plaintiff respectfully requests that the Court:

1. Declare that Defendant's failure to disclose records requested by Professor Biles on January 9, 2008 is unlawful;

2. Order Defendant to disclose all records requested by Professor Biles in his January 9, 2008 request;

3. Order Defendant to waive any and all fees associated with the request;

4. Award Plaintiff his costs and reasonable attorney's fees;

5. Award any other relief that the Court deems just and proper.

Respectfully submitted,

_____/s/_____
JEFFREY S. GUTMAN (D.C. Bar No. 416954)
The George Washington University Law School
2000 G Street, N.W.
Washington, D.C. 20052
(202) 994-7463 (phone)
(202) 994-4693 (fax)
jgutman@law.gwu.edu (e-mail)

Attorney for Plaintiff

Dated: March 25, 2008

# CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

## I (a) PLAINTIFFS

Professor Brian Biles
The George Washington University

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF ___USA___
(EXCEPT IN U.S. PLAINTIFF CASES)

## DEFENDANTS

Centers for Medicare and Medicaid Services
US Department of Health and Human Services

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT ___USA___
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Jeffrey S. Gutman (D.C. Bar No. 416954)
The George Washington University Law School
2000 G Street, N.W., Washington, DC 20052
(202) 994-7463

ATTORNEYS

Case: 1:08-cv-00518
Assigned To : Lamberth, Royce C.
Assign. Date : 3/26/2008
Description: FOIA/Privacy Act

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

○ 1 U.S. Government Plaintiff
○ 3 Federal Question (U.S. Government Not a Party)
● 2 U.S. Government Defendant
○ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

○ **A.** *Antitrust*

☐ 410 Antitrust

○ **B.** *Personal Injury/Malpractice*

☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

○ **C.** *Administrative Agency Review*

☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)
Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

○ **D.** *Temporary Restraining Order/Preliminary Injunction*

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

○ **E.** *General Civil (Other)*   OR   ○ **F.** *Pro Se General Civil*

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| ○ G. *Habeas Corpus/ 2255* | ○ H. *Employment Discrimination* | ⊙ I. *FOIA/PRIVACY ACT* | ○ J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☒ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| ○ K. *Labor/ERISA (non-employment)* | ○ L. *Other Civil Rights (non-employment)* | ○ M. *Contract* | ○ N. *Three-Judge Court* |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

⊙ 1 Original Proceeding   ○ 2 Removed from State Court   ○ 3 Remanded from Appellate Court   ○ 4 Reinstated or Reopened   ○ 5 Transferred from another district (specify)   ○ 6 Multi district Litigation   ○ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
Defendant violated 5 U.S.C. § 552 by failing to disclose records response to Plaintiff's January 9, 2008 request to which he is statutorily entitled.

**VII. REQUESTED IN COMPLAINT**   ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23   DEMAND $ _____   Check YES only if demanded in complaint   JURY DEMAND: YES ☐ NO ☒

**VIII. RELATED CASE(S) IF ANY**   (See instruction) YES ☐ NO ☒   If yes, please complete related case form.

DATE 3/26/2008   SIGNATURE OF ATTORNEY OF RECORD _____

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.