CO 249
Rev. 7/07

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Professor Brian Biles
    Plaintiff(s)

Civil Action No. 1:08-cv-00518

vs.

Centers for Medicare and Medicaid Services
    Defendant(s)

### AFFIDAVIT OF MAILING

I, Jeffrey S. Gutman, hereby state that:

On the 28th day of March, 2008, I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, restricted delivery, addressed to the following defendant:

## U.S. Attorney General Michael B. Mukasey

I have received the receipt for the certified mail, No. 7003 2260 0000 4882 6006 (attached hereto), indicating that delivery of the summons and complaint was made upon said defendant on the 2nd day of April, 2008.

I declare under penalty of perjury that the foregoing is true and correct.

4/9/08

(Date)                                              (Signature)

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>APR 0 2 2008 |
| 1. Article Addressed to:<br>Attorney General Michael B. Mukasey<br>US Dept. of Justice<br>950 Pennsylvania Ave. NW<br>Washington, DC 20530 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7003 2260 0000 4882 6006 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Yael Krigman
JACOB BURNS
COMMUNITY
LEGAL CLINICS
2000 G ST., N.W.
WASHINGTON, DC 20052