CO 249
Rev. 7/07

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Professor Brian Biles
        Plaintiff(s)

Civil Action No. 1:08-cv-00518

vs.

Centers for Medicare and Medicaid Services
        Defendant(s)

## AFFIDAVIT OF MAILING

I, Jeffrey S. Gutman, hereby state that:

On the 28th day of March, 2008, I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, restricted delivery, addressed to the following defendant:

Kerry N. Weems, Acting Administrator, Centers for Medicare and Medicaid Services

I have received the receipt for the certified mail, No. 7003 2260 0000 4482 6013 (attached hereto), indicating that delivery of the summons and complaint was made upon said defendant on the 1st day of April, 2008.

I declare under penalty of perjury that the foregoing is true and correct.

4/9/08
(Date)

_____
(Signature)

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  Dora Rich   ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>Dora Rich   4-1-08 |
| 1. Article Addressed to:<br><br>Kerry N. Weems, Acting Administrator<br>Centers for Medicare + Medicaid Services<br>US Dept of Health + Human Services<br>200 Independence Ave SW<br>Washington, DC 20201 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>   (Transfer from service label) | 7003 2260 0000 4882 6013 |

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540

UNITED STATES POSTAL SERVICE          First-Class Mail
                                      Postage & Fees Paid
                                      USPS
                                      Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Yael Krigman
JACOB BURNS
COMMUNITY
LEGAL CLINICS
2000 G ST., N.W.
WASHINGTON, DC 20052