U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Professor Brian Biles

vs.

Centers for Medicare and Medicaid Services

No. 1:08-CV-00518 RCL

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

I, WESLEY JENNINGS, served **US Attorney** the **Summons; Notice of Right to Consent to Trial Before United States Magistrate Judge; Complaint; and Initial Electronic Case Filing Order** in the above entitled case, hereby depose and say:

That my date of birth is 03-01-1980.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009-5526 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at **3:20 pm** on **March 28, 2008**, I served the **Summons; Notice of Right to Consent to Trial Before United States Magistrate Judge; Complaint; and Initial Electronic Case Filing Order** on **US Attorney** at **501 3rd Street, NW, Washington, DC 20530** by serving Gary Nails, Docket Clerk, authorized to accept. Described herein:

```
SEX-     MALE
AGE-     30
HEIGHT-  5'7"
HAIR-    BLACK
WEIGHT-  160
RACE-    BLACK
```

I do solemnly declare and affirm under the penalty of perjury that the matters and facts set forth herein are true to the best of my knowledge, information and belief.

WESLEY JENNINGS
Our File#- 204370

SUBSCRIBED and SWORN to before me this 31st day of March, 2008.

Notary Public

My commission expires: 05 31 09