UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PROFESSOR BRIAN BILES, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action 08-0518 (RCL) |
| CENTERS FOR MEDICARE AND MEDICAID SERVICES, | ) |
| Defendant. | ) |

**JOINT MEET AND CONFER REPORT WITH PROPOSED SCHEDULING ORDER**

This action involves a request by Plaintiff under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, for: (1) a variety of data relating to monthly payments to each Medicare Advantage ("MA") plan for the years 2006, 2007 and 2008 (the "MA plan data"); and (2) communications relating to the MA program (collectively, the "requested records"). On April 25, 2008, Defendant filed an unopposed motion to extend the date for it to respond to the Complaint so that: (1) it could complete its processing of Plaintiff's FOIA request; and (2) counsel for the parties could thereafter meet and confer to determine whether they could reach a negotiated compromise with respect to any outstanding issues in the litigation. On May 30, 2008, this Court granted Defendant's unopposed motion and ordered the parties to file a joint meet and confer report with a proposed scheduling order by today, July 11, 2008.

In early June 2008, Defendant completed its processing of Plaintiff's FOIA request. By letter dated June 6, 2008, Defendant described to Plaintiff which of the requested records it would disclose to him and which of those records it would withhold. Defendant has since made a disclosure of records which Plaintiff is currently reviewing. In the June 6, 2008 letter,

Defendant explained that it had decided to withhold the MA plan data because, <u>inter alia</u>, disclosure of the data would reveal confidential information. During the week of June 9, 2008, counsel for the parties conducted a meet and confer by telephone. During that conversation, Plaintiff's counsel suggested that Defendant consider disclosing the MA plan data pursuant to a data use agreement ("DUA"). Thereafter, on June 25, 2008, Plaintiff's counsel sent counsel for Defendant a letter in which he provided additional information regarding his DUA proposal. Counsel for Defendant shared that information with his client and, since June 25, 2008, Defendant has been actively considering the possibility of disclosing the MA plan data to Plaintiff pursuant to a DUA.

Although Defendant has some specific concerns with respect to the disclosure of the MA plan data pursuant to a DUA, it wishes to further explore the possibility of such disclosure. On July 9, 2008, counsel for the parties spoke by telephone and agreed that it would be in the best interests of the parties for Plaintiff and representatives of Defendant to meet and confer and: (1) discuss Defendant's specific concerns with respect to the disclosure of the MA plan data pursuant to a DUA; and (2) determine whether there are ways to alleviate those concerns. If the parties are able to resolve their differences with respect to the disclosure of the MA plan data, it is likely that this case will settle.[1]

Thus, the parties respectfully request that the following schedule govern further proceedings in this case:

---

[1] Defendant has completed its search for communications relating to the MA program, the second part of the FOIA request listed above. The disclosure of responsive communications will depend in large part on whether or not Defendant agrees to disclose MA plan data pursuant to a DUA.

1. The parties shall have until August 29, 2008 to meet and confer and determine whether they can reach a negotiated compromise with respect to this litigation.[2]

2. If the parties are unable to reach a negotiated compromise with respect to this litigation by August 29, 2008: Defendant will file a motion for summary judgment by October 17, 2008; Plaintiff will file his opposition to Defendant's motion for summary judgment by November 28, 2008; and Defendant will file its reply in support of its motion for summary judgment by December 19, 2008.

A proposed order is attached hereto.

Dated: July 11, 2008               Respectfully submitted,


                                   /s/
                                   JEFFREY S. GUTMAN, D.C. BAR # 416954
                                   The George Washington University Law School
                                   2000 G Street, N.W.
                                   Washington, D.C. 20052
                                   (202) 994-7463 (phone)
                                   (202) 994-4693 (fax)
                                   jgutman@law.gwu.edu

                                   Counsel for Plaintiff


                                   /s/
                                   JEFFREY A. TAYLOR, D.C. BAR # 498610
                                   United States Attorney

                                   /s/
                                   RUDOLPH CONTRERAS, D.C. BAR # 434122
                                   Assistant United States Attorney

---

[2] The parties are requesting until August 29, 2008 to meet and confer because they anticipate that it will be difficult to schedule one or more meetings between Plaintiff and representatives of Defendant due to the July/August work and vacation schedules of the principals and their counsel.

        /s/
CHRISTOPHER B. HARWOOD
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C.  20530
Phone: (202) 307-0372
Fax: (202) 514-8780
Christopher.Harwood@usdoj.gov


Counsel for Defendant

4

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PROFESSOR BRIAN BILES, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action 08-0518 (RCL) |
| CENTERS FOR MEDICARE AND MEDICAID SERVICES, | ) |
| Defendant. | ) |

**<u>ORDER</u>**

Having considered the parties' Joint Meet and Confer Report with Proposed Scheduling Order, and the entire record herein, it is this _____ day of _____, 2008:

ORDERED that the following schedule shall govern further proceedings in this case:

1. The parties shall have until August 29, 2008 to meet and confer and determine whether they can reach a negotiated compromise with respect to this litigation.

2. If the parties are unable to reach a negotiated compromise with respect to this litigation by August 29, 2008: Defendant will file a motion for summary judgment by October 17, 2008; Plaintiff will file his opposition to Defendant's motion for summary judgment by November 28, 2008; and Defendant will file its reply in support of its motion for summary judgment by December 19, 2008.

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Copy to: ECF Counsel