UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PROFESSOR BRIAN BILES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action 08-0518 (RCL) |
| ) | |
| CENTERS FOR MEDICARE AND MEDICAID ) | |
| SERVICES, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

Having considered the parties' Joint Meet and Confer Report with Proposed Scheduling Order, and the entire record herein, it is this 16th day of July, 2008:

ORDERED that the following schedule shall govern further proceedings in this case:

1. The parties shall have until August 29, 2008 to meet and confer and determine whether they can reach a negotiated compromise with respect to this litigation.

2. If the parties are unable to reach a negotiated compromise with respect to this litigation by August 29, 2008: Defendant will file a motion for summary judgment by October 17, 2008; Plaintiff will file his opposition to Defendant's motion for summary judgment by November 28, 2008; and Defendant will file its reply in support of its motion for summary judgment by December 19, 2008.

SO ORDERED.

/s/
Chief Judge Royce C. Lamberth